ROBERT FINK *v.* MILAGROS COX

ROBERT FINK *v.* MILAGROS COX ET AL.
(two cases)

ROBERT FINK *v.* MILAGROS COX ET AL.
(Probate Appeal)

The application by William A. Phillips to with-
draw his appearance for the defendants in the
appeal from the Superior Court in Fairfield County
is denied without prejudice to its renewal after
other counsel has entered his appearance for each
party represented by Attorney Phillips.

*William A. Phillips,* for the appellees (defend-
ants).

*David S. Maclay,* appeared for the appellant
(plaintiff).

The motion and the supplemental motion by the
plaintiff for judgment in his favor in the appeal
from the Superior Court in Fairfield County are
denied.

*David S. Maclay,* for the appellant (plaintiff).

*William A. Phillips,* appeared for the appellees
(defendants).